UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.  6:24-cv-01384-WWB-DCI

**VICTOR ARIZA**,

     Plaintiff,

vs.

**DELI MANAGEMENT, INC.,**
**d/b/a JASON'S DELI, a foreign**
**for-profit corporation**,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims.  Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated:  September 20, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Lead Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email duranandassociates@gmail.com


By_____*s/ Roderick V. Hannah*_____
    RODERICK V. HANNAH
    Fla. Bar No. 435384

By _____*s/ Pelayo M. Duran*_____
    PELAYO M. DURAN
    Fla. Bar No. 0146595

**JOHNSON JACKSON PLLC**
Counsel for Defendant
100 North Tampa Street, Suite 1800
Tampa, FL  33062
(813) 580-8400
kjohnson@johnsonjackson.com
mmaus@johnsonjackson.com

By ___*s/ Meaghan K. Maus*_____
        MEAGHAN K. MAUS
        Fla. Bar No. 1006137